UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ASHTON GLENFORD MENDEZ,
*a/k/a Ashton Augustine*,

                Petitioner,

      v.                                          9:03-CV-1330

ALBERTO GONZALEZ,

                Respondent.
_____

APPEARANCES:                             OF COUNSEL:

FOR PETITIONER:

**[last known address]**
ASHTON GLENFORD MENDEZ, pro se
*a/k/a Ashton Augustine*
DIN#: 86071
York County Prison
3400 Concord Road
York, Pennsylvania 17402

FOR RESPONDENT:

HON. GLENN T. SUDDABY              PAULA RYAN CONAN, ESQ.
United States Attorney                  Assistant U.S. Attorney
Northern District of New York
Federal Building
100 S. Clinton Street
Syracuse, New York 13261-7198

NORMAN A. MORDUE, CHIEF JUDGE

ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate

Judge David E. Peebles, duly filed on the 20th day of November, 2006.  Following ten days

from the service thereof, the Clerk has sent me the file, including any and all objections filed

by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. This action is dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, based upon petitioner's failure to prosecute and to comply with this court's orders and local rules of practice.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated:   December 14, 2006
         Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge